```
 1  LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, CA 94104
    Telephone: 415-646-7160
 4  Facsimile: 415-981-1270
 5
    Attorneys for Plaintiffs
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
10
11
    LORI CARROLL AND SCOTT CARROLL,     )  CASE NO. C 06 0562 JSW
12                                      )
                    Plaintiffs,         )  Before the Honorable Jeffrey S. White
13                                      )
                                        )  [PROPOSED] ORDER VACATING
14          v.                          )  AND/OR CONTINUING CASE
                                        )  MANAGEMENT CONFERENCE
15  ASTRAZENECA PHARMACEUTICALS,        )
    L.P., ASTRAZENECA, L.P., AND ELI LILLY )
16  AND COMPANY,                        )  Conference Date:  June 9, 2006
                                        )  Conference Time:  1:30 p.m.
17                                      )  Location:         Courtroom 2, 17th Floor
                    Defendants.         )                    San Francisco
18                                      )
                                        )
19                                      )
                                        )
20                                      )
21
22       For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court
23  hereby continues the June 9, 2006 Case Management Conference ("CMC") to December 1, 2006   ,
24  at  1:30 p.m.  . In the event the case is not transferred as part of the MDL No. 1769 – In re Seroquel
25
26  Products Liability Litigation and/or as part of MDL No. 1596 – In re Zyprexa Liability Litigation, far
27
28
                                    - 3 -       [PROPOSED] ORDER
```

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2  calendar days before the CMC, pursuant to this Court's Standing Order.  Plaintiff shall serve the
   Defendants within 120 days of the date of this Order.
3  **IT IS SO ORDERED.**

4  DATED: May 25, 2006                                    _____
                                                           Honorable Jeffrey S. White
5                                                          United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28